

RECEIVED
MAR 20 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| ARSHAKNE HALL | * | CIVIL ACTION NO. 6:06CV2133 |
| Plaintiff, | * | |
| | * | JUDGE REBECCA F. DOHERTY |
| VERSUS | * | |
| | * | |
| JOHNSON & JOHNSON, JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, L.L.C., f/k/a R.W. JOHNSON PHARMACEUTICAL RESEARCH INSTITUTE, ORTHO-MCNEIL PHARMACEUTICAL, INC., AND ORTHO MCNEIL, INC., | * | MAGISTRATE JUDGE METHVIN |
| Defendants. | * | |

## ORDER

Considering the foregoing Unopposed Motion to Stay All Proceedings Pending MDL Transfer;

IT IS HEREBY ORDERED that all proceedings in this Court are stayed pending transfer of this action to MDL-1742.

New Orleans, Louisiana, this 20 day of March, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

1